**2007–0047. State v. Bly.**
Licking App. No. 06CA86. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2007–0050. State ex rel. E. Ohio Gas Co. v. Russo.**
In Mandamus. On relator's motion for stay of Lake County Common Pleas Court No. 06CV002747 pending final adjudication of relator's writ of mandamus and relator's motion to strike memorandum of Judge Russo opposing motion for stay. Motions denied.
O'DONNELL, J., would grant the motion to strike.
O'CONNOR, J., not participating.

**2007–0051. State v. Bennett.**
Cuyahoga App. No. 86962, 2006-Ohio-4274. On motion for leave to file delayed appeal. Motion granted.
PFEIFER and LANZINGER, JJ., dissent.

**2007–0067. State v. Caporini.**
Jefferson App. No. 05 JE 32, 2006-Ohio-3095. On motion for leave to file delayed appeal. Motion denied.

**2007–0085. In re Estate of Nipper.**
Summit App. No. 23125, 2006-Ohio-6753. On expedited motion for emergency relief to stay the trial of the Summit County Probate Court scheduled for January 23, 2007. Motion denied.

**2007–0100. State v. Butcher.**
Ashtabula App. No. 2005–A–0033, 2007-Ohio-118. On motion for stay of court of appeals' judgment. Motion granted.
PFEIFER and LANZINGER, JJ., dissent.

**2007–0140. Barnes v. Univ. Hosp. of Cleveland.**
Cuyahoga App. Nos. 87247, 87285, 87710, 87903 and 87946, 2006-Ohio-6266. On motions for stay of court of appeals' judgment by Medlink of Ohio and The Medlink Group, Inc. and by Lexington Insurance Company. Motions denied.
MOYER, C.J., and LUNDBERG STRATTON, J., dissent.
O'CONNOR, J., not participating.

## APPEALS ACCEPTED FOR REVIEW

**2006–1913. Borkowski v. Abood.**
Lucas App. No. L–05–1425, 2006-Ohio-4913. Discretionary appeal accepted.
O'CONNOR, J., dissents.
Appellee's motions to dismiss appeal and to strike appeal are denied.

**2006–2072. Pruszynski v. Reeves.**
Geauga App. No. 2005–G–2612, 2006-Ohio-5190. Discretionary appeal of appellant Van Driest is accepted.
PFEIFER and O'CONNOR, JJ., dissent.
Discretionary appeal of appellant Kaufman is accepted on Proposition of Law Nos. I and III.
LUNDBERG STRATTON and LANZINGER, JJ., would also accept the appeal on Proposition of Law No. II.
PFEIFER, J., dissents.

**2006–2095. McKinley v. Ohio Bur. of Workers' Comp.**
Washington App. No. 06CA7, 2006-Ohio-5271. Discretionary appeal accepted; cause held for the decision in 2006–1914, *Groch v. Gen. Motors Corp.*, Certified Questions of State Law, United States District Court, Northern District of Ohio, Western Division, Case No. 3:06–CV–1604; and briefing schedule stayed.
PFEIFER, J., would accept the appeal without holding.